IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DEBRA JENKINS et al.,

Plaintiffs,

v.

JON BARTLETT et al.,

Defendants.                                                  No. 02-CV-1136-DRH

### ORDER

**HERNDON, District Judge:**

Before the Court is a motion submitted by Defendant Jon Bartlett ("Defendant") to dismiss Plaintiff Debra Jenkins's ("Plaintiff") independent loss-of-society-and-companionship claim, and for an award of the costs associated with bringing the motion. (Doc. 122.) Defendant bases his motion on the Seventh Circuit's decision in *Russ v. Watts*, **414 F.3d 783 (7th Cir. 2005)**. This motion is unopposed by Plaintiffs. The Court **GRANTS** Defendant's motion to dismiss, and **DISMISSES** Plaintiff's independent loss-of-society-and-companionship claim. The Court **DENIES** Defendant's motion for costs.

**IT IS SO ORDERED**.

Signed this 6th day of April, 2006.

/s/    David   RHerndon
**United States District Judge**