IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**DEBRA JENKINS et al.,**

**Plaintiffs,**

**v.**

**JON BARTLETT et al.,**

**Defendants.**                                              **No. 02-CV-1136-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is a supplemental motion in limine submitted by Defendant Jon Bartlett. (Doc. 131.) Defendant Bartlett argues that an animation exhibit Plaintiff recently disclosed should be excluded, as Plaintiff's disclosure was untimely. Plaintiff does not respond to Defendant's motion.

The Court **GRANTS** Defendant's motion, and precludes the exhibit in question. (Doc. 131.) Pursuant to this Court's scheduling order, the time frame for disclosing such exhibits has passed.

**IT IS SO ORDERED**.

Signed this 10th day of April, 2006.

                                                     /s/       David   RHerndon
                                                     **United States District Judge**